IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT SCHWARTZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LATCH, INC., LUKE SCHOENFELDER, ROBERT J. SPEYER, PAUL A. GALIANO, JENNY WONG, JOSHUA KAZAM, JENNIFER RUBIO, NED SEGAL, MICHELANGELO VILPI, PETER CAMPBELL, TRICIA HAN, RAJU RISHI, J. ALLEN SMITH, and ANDREW SURGRUE,<br><br>Defendants. | C.A. No. 23-27-MN |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that Tyler E. Cragg of Richards, Layton & Finger, P.A. hereby withdraws his appearance in this action on behalf of Defendants Latch, Inc., Luke Schoenfelder, Robert J. Speyer, Paul A. Galiano, Jenny Wong, Joshua Kazam, Jennifer Rubio, Ned Segal, Michelangelo Volpi, Peter Campbell, Tricia Han, Raju Rishi, J. Allen Smith, and Andrew Sugrue (collectively, "Defendants"). Richards, Layton & Finger, P.A. and Latham & Watkins LLP will continue to represent Defendants.

OF COUNSEL:
Kristin N. Murphy
Natasha Pardalwala
LATHAM & WATKINS LLP
650 Town Center Dr., 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (715) 755-8290
kristin.murphy@lw.com
natasha.pardawala@lw.com

Colleen C. Smith
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858 523-3985
Facsimile: (858) 523-540
colleen.smith@lw.com

Dated:  October 26, 2023

/s/ Tyler E. Cragg
Robert L. Burns (#5314)
Tyler E. Cragg (#6398)
Kyle H. Lachmund (#6842)
Richards Layton & Finger
920 North King Street
Wilmington, DE
Telephone: (302) 651-7618
Facsimile: (302) 657-7701
burns@rlf.com
cragg@rlf.com
lachmund@rlf.com

*Attorneys for Defendants Latch, Inc., Luke Schoenfelder, Robert J. Speyer, Paul A. Galiano, Jenny Wong, Joshua Kazam, Jennifer Rubio, Ned Segal, Michelangelo Volpi, Peter Campbell, Tricia Han, Raju Rishi, J. Allen Smith, and Andrew Sugrue*